UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>　　　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br>Washington, DC 20511<br>　　　　　　　　　　　　*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:25-cv-00014<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff American Oversight brings this action against the Office of the Director of National Intelligence, under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1).

4. Because Defendant has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining Defendant from

continuing to withhold department or agency records and ordering the production of department or agency records improperly withheld.

## PARTIES

5. Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6. Defendant Office of the Director of National Intelligence ("ODNI") is an office of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). ODNI has possession, custody, and control of records that American Oversight seeks.

## STATEMENT OF FACTS

*Background*

7. Press reports in February 2020 indicated that then-President Trump decided to remove Joseph Maguire, Acting Director of National Intelligence ("DNI"), from his position after President Trump learned that an intelligence official serving under Maguire had briefed Congress on Russian interference in the 2020 elections.[1]

---

[1] Ellen Nakashima et al., *Senior Intelligence Official Told Lawmakers that Russia Wants to See Trump Reelected*, WASH. POST (Feb. 21, 2020, 6:53 AM), https://www.washingtonpost.com/national-security/after-a-congressional-briefing-on-election-

8. In Maguire's place, Trump named Richard "Ric" Grenell—reportedly a political ally of Trump with minimal experience in foreign policy or national security, who was serving as Ambassador to Germany at the time.[2]

9. Acting DNI Grenell brought on as a senior advisor Kash Patel, a former staffer of Representative Devin Nunes.[3]

10. Patel had reportedly worked to discredit the investigation into Russian interference during the 2016 election.[4]

11. As acting DNI, Grenell played a role in multiple, high-profile political decisions—such as the decision to declassify the list of Obama administration officials who requested the "unmasking" of Trump associates communicating with foreign governments in 2016, as well as the review of the final portion of the report issued by the Senate Select Committee on Intelligence on Russian interference in the 2016 election.[5]

12. On August 4, 2020, American Oversight submitted three FOIA requests to ODNI

---

threats-trump-soured-on-acting-spy-chief/2020/02/20/1ed2b4ec-53f1-11ea-b119-4faabac6674f_story.html.

[2] Julian E. Barnes & Maggie Haberman, *Trump Names Richard Grenell as Acting Head of Intelligence,* N.Y. TIMES (Feb. 19, 2020), https://www.nytimes.com/2020/02/19/us/politics/dni-national-intelligence-director-grenell.html.

[3] Daniel Lippman, *NSC Aide Who Worked to Discredit Russia Probe Moves to Senior ODNI Post*, POLITICO (Feb. 20, 2020, 8:00 PM), https://www.politico.com/news/2020/02/20/kash-patel-odni-post-116546.

[4] *Id.*

[5] Julian E. Barnes & Katie Benner, *Intelligence Chief Declassifies List of Obama-Era Names in Unusual Step,* N.Y. TIMES (May 12, 2020), https://www.nytimes.com/2020/05/12/us/politics/richard-grenell-declassification-unmasking-list.html; Ken Dilanian, *Burr Asks That Final Volume of Senate Intel Report on Trump and Russia Be Declassified,* NBC NEWS (May 15, 2020, 3:55 PM), https://www.nbcnews.com/politics/donald-trump/last-act-chair-burr-asks-final-volume-senate-intel-report-n1208061; Alex Marquardt, Zachary Cohen, & Jeremy Herb, *Grenell Takes Parting Shot at Democrats As He Exits Top Intelligence Job*, CNN (MAY 26, 2020, 7:22 PM), https://www.cnn.com/2020/05/26/politics/grenell-director-of-national-intelligence-final-days/index.html.

seeking various categories of records with the potential to shed light on the perceived or actual politicization of ODNI, primarily focused on records related to Patel and Grenell (collectively "the ODNI Requests").[6]

*First Request ("20-1951")*

13. On August 4, 2020, American Oversight submitted the first FOIA request to ODNI ("20-1951"), bearing American Oversight tracking number ODNI-20-1951, seeking the following records:

> 1. All email communications (including messages, attachments, and complete email chains) <u>sent</u> by ODNI Senior Advisor Kash Patel to anyone with an email address ending in .com / .org / .mail / .net / .edu / .us.
>
> American Oversight has limited its request to <u>sent</u> messages to reduce the volume of potentially responsive records. American Oversight still requests complete email chains. So, for example, if Mr. Patel sent a response to an incoming message received from an email address ending in ".com," the email chain containing the initially received message and the response is responsive to this request.
>
> 2. All calendars or calendar entries for ODNI Senior Advisor Kash Patel, including any calendars maintained on behalf of Mr. Patel.
>
> American Oversight requests that the calendars be produced in a format that includes all invitees, any notes, and all attachments. Please do not limit your search to Outlook calendars; we request the production of any calendar—paper or electronic, whether on government-issued or personal devices—used to track or coordinate how Mr. Patel allocates his time on agency business.
>
> 3. Any itineraries (or records reflecting itineraries) for ODNI Senior Advisor Kash Patel's official government travel, including records reflecting the substance of the trips—such as email messages, cables, trip agendas, line-by-line schedules, or other records reflecting meetings.

---

[6] Nakashima et al., *supra* note 1; Barnes & Haberman, *supra* note 2; Lippman, *supra* note 3; Barnes & Benner, *supra* note 5; Dilanian, *supra* note 5; Marquardt et al., *supra* note 5.

>4. All records reflecting actual or projected costs of ODNI Senior Advisor Kash Patel's government travel, including air travel, lodging, and security expenses for Mr. Patel. All electronic travel vouchers, invoices, expense reports, government credit card bills, reimbursements related to the trips—including but not limited to hotel bills, meals, and other reimbursements related to the trip—are responsive to this request.
>
>For all parts of this request, please produce all responsive records from the cutoff date employed by your agency for American Oversight's similar request (given tracking number DF-2020-00241) submitted on May 20, 2020, through the date the search is conducted.
>
>For parts 2–4 of this request, we request that calendars and travel records maintained on both classified and unclassified systems be produced, as we believe there is likely segregable non-exempt material maintained on the classified system.

A true and correct copy of American Oversight's first FOIA request, 20-1951, is attached as Exhibit A.

14. On August 6, 2020, ODNI acknowledged receipt of 20-1951, granted American Oversight's request for a fee waiver, and assigned the request tracking number DF-2020-00315. A true and correct copy of ODNI's acknowledgement letter is attached as Exhibit B.

*Second Request ("20-1952")*

15. On August 4, 2020, American Oversight submitted the second FOIA request to ODNI ("20-1952"), bearing American Oversight tracking number ODNI-20-1952, seeking the following records:

>All email communications (including messages, attachments, and complete email chains) between (a) ODNI Senior Advisor Kash Patel or Deputy to the COO Nick Ciarlante and (b) any of the following individuals (including *but not limited to* at the email addresses provided):
>
>i.   Rep. Devin Nunes
>ii.  Jilian Plank (jilian.plank@mail.house.gov)
>iii. Derek Harvey (derek.harvey@mail.house.gov)

5

iv. Jennifer Morrow (Jennifer.morrow@mail.house.gov)
v. Jack Langer (jack.langer@mail.house.gov)
vi. Ian Foley (ian.foley@mail.house.gov)
vii. Anyone else communicating on behalf of Rep. Devin Nunes, including on both his personal staff and his staff for the House Permanent Select Committee on Intelligence (HPSCI), and staff for his campaign
viii. Anyone communicating from an email address ending in @mail.house.gov
ix. Sen. Chuck Grassley
x. Aaron Cummings (aaron_cummings@grassley.senate.gov)
xi. Jennifer Heins (Jennifer_heins@grassley.senate.gov)
xii. James Rice (james_rice@grassley.senate.gov)
xiii. George Hartmann (george_hartmann@grassley.senate.gov)
xiv. Michael Zona (Michael_zona@grassley.senate.gov)
xv. Anyone else communicating on behalf of Sen. Grassley, including anyone with an email address ending in @grassley.senate.gov, his staff for the Senate Finance Committee, and campaign staff
xvi. Sen. Ron Johnson
xvii. Tony Blando (tony_blando@ronjohnson.senate.gov)
xviii. Chloe Pickle (chloe_pickle@ronjohnson.senate.gov)
xix. Courtney Allen Rutland (Courtney_rutland@ronjohnson.senate.gov, Courtney_rutland@hsgac.senate.gov)
xx. Ben Voelkel (ben_voelkel@ronjohnson.senate.gov)
xxi. Anyone else communicating on behalf of Sen. Johnson, including anyone with an email address ending in @ronjohnson.senate.gov, and his staff for the Homeland Security Committee
xxii. Anyone serving on the Senate Homeland Security and Governmental Affairs Committee (HSGAC), including anyone with an email address ending in hsgac.senate.gov
xxiii. Rep. Jim Jordan
xxiv. Kevin Eichinger (kevin.eichinger@mail.house.gov)
xxv. Emma Summers (emma.summers@mail.house.gov)
xxvi. Jared Dilley (jared.dilley@mail.house.gov)
xxvii. Ian Fury (ian.fury@mail.house.gov)
xxviii. Anyone else communicating on behalf of Rep. Jordan, including anyone on his personal staff and his staff for the Judiciary Committee
xxix. Former Rep. Mark Meadows (mark.meadows@mail.house.gov)
xxx. Ben Williamson (ben.williamson@mail.house.gov)
xxxi. Kate Morgan (kate.morgan@mail.house.gov)
xxxii. Eric Heigis (eric.heigis@mail.house.gov)

>Please produce all responsive records from the cutoff date employed by your agency for American Oversight's similar request (given tracking number DF-2020-00242) submitted on May 20, 2020, through the date the search is conducted.

A true and correct copy of American Oversight's second FOIA request, 20-1952, is attached as Exhibit C.

16. On August 6, 2020, ODNI acknowledged receipt of 20-1952, granted American Oversight's request for a fee waiver, and assigned it tracking number DF-2020-00316. A true and correct copy of ODNI's acknowledgement letter is attached as Exhibit D.

*Third Request ("20-1953")*

17. On August 4, 2020, American Oversight submitted the third FOIA request to ODNI, bearing internal tracking number ODNI-20-1953 ("20-1953"), seeking the following records:

>All email communications (email messages, email attachments, complete email chains, and calendar invitations) <u>sent</u> by Acting Director of National Intelligence Richard Grenell or Senior Advisor Kash Patel containing any of the following key terms:
>
>  i. Unmasking
>  ii. Flynn
>  iii. Kislyak
>  iv. "Obama people"
>  v. Obamagate
>  vi. "Ezra Cohen"
>  vii. Cohen-Watnick
>  viii. Biden
>  ix. Burisma
>  x. Hunter
>  xi. Zelensky
>  xii. Giuliani
>  xiii. "Blue Star"
>  xiv. Telizhenko.
>  xv. "declassification review"
>  xvi. "Russia investigation"
>  xvii. "Russian active measures"

7

  xviii. "Volume 5"
   xix. Mueller
    xx. "election security"

> American Oversight has limited its request to <u>sent</u> messages of only two custodians to reduce the volume of potentially responsive records. American Oversight still requests complete email chains. So, for example, if Acting DNI Grenell sent a response to an incoming message containing one of the key terms above, the email chain containing the initially received message and the response is responsive to this request.
>
> We request responsive records maintained on both classified and unclassified systems be produced, as we believe there is likely segregable non-exempt material maintained on the classified system. For example, according to public reporting, Acting Director Grenell this month declassified information related to unmasking requests regarding former National Security Advisor Michael Flynn.[7] Therefore we anticipate significant non-exempt materials in response to multiple search terms above.
>
> Please produce all responsive records from the cutoff date employed by your agency or American Oversight's similar request (given tracking number DF-2020-00244) submitted on May 20, 2020, through the date the search is conducted.

A true and correct copy of American Oversight's third FOIA request, 20-1953, is attached as Exhibit E.

  18. On August 6, 2020, ODNI acknowledged receipt of 20-1953, granted American Oversight's request for a fee waiver, and assigned it tracking number DF-2020-00317. A true and correct copy of ODNI's acknowledgement letter is attached as Exhibit F.

*Additional Background and Request for Expedited Processing*

  19. On November 30, 2024, President-elect Donald Trump announced that he intends

---

[7] Andrew Desidero & Betsy Woodruff Swan, *Intel Chief Releases Info on 'Unmasking' of Flynn to Capitol Hill*, POLITICO (May 13, 2020, 12:21 PM), https://www.politico.com/news/2020/05/13/republican-senators-michael-flynn-254726.

to nominate Kash Patel to lead the Federal Bureau of Investigation ("FBI").[8]

20.     President-elect Trump's announcement quickly drew widespread news media coverage[9] based in part on Mr. Patel's documented history as a controversial figure who has

---

[8] Robert Legare et al., *Trump Intends to Name Former Aide Kash Patel as FBI Director*, CBS NEWS (Dec. 1, 2024, 10:53 AM), https://www.cbsnews.com/news/trump-to-name-kash-patel-as-fbi-director/.

[9] *See, e.g.*, Alexandra Hutzler, *Pete Hegseth Meets with Democrat John Fetterman, Other Trump Picks Make Rounds*, ABC NEWS (updated Dec. 12, 2024, 11:59 AM), https://abcnews.go.com/Politics/tulsi-gabbard-kash-patel-trump-picks-make-rounds/story?id=116724775; Sean O'Driscoll, *Chris Wray's Resignation Sets Up Legal Hurdle for Kash Patel's FBI Bid*, NEWSWEEK (Dec. 12, 2024, 8:46 AM), https://www.newsweek.com/chris-wray-fbi-director-donald-trump-kush-patel-january-inauguration-1999725; Jason Wilson, *'Cynical Cash Grab': FBI Chief Nominee Kash Patel's Profitable Links in the Non-Profit World*, GUARDIAN (Dec. 12, 2024, 7:00 AM), https://www.theguardian.com/us-news/2024/dec/12/kash-patel-foundation-maga-merchandise-fundraising; Sarah N. Lynch, *FBI Director Chris Wray to Resign Following Trump Nomination of Patel*, REUTERS (Dec. 11, 2024, 3:49 PM), https://www.reuters.com/world/us/fbi-director-wray-resign-fox-news-reports-2024-12-11/; Steve Benen, *Democrats Aren't Alone in Slamming Kash Patel's Prospective FBI Nomination*, MSNBC (Dec. 11, 2024, 10:01 AM), https://www.msnbc.com/rachel-maddow-show/maddowblog/democrats-arent-alone-slamming-kash-patels-prospective-fbi-nomination-rcna183754; Dominick Mastrangelo, *Trump Sparks Fears Over Retribution Against Media with Patel FBI Pick*, THE HILL (Dec. 11, 2024, 6:00 AM), https://thehill.com/media/5030896-threats-kash-patel-fbi-media/; Beverly Gage, *How Would Kash Patel Compare to J. Edgar Hoover?*, NEW YORKER (Dec. 11, 2024), https://www.newyorker.com/news/the-lede/kash-patel-vs-j-edgar-hoover; John Bolton, *Opinion: Kash Patel Doesn't Belong at the FBI*, WALL STREET J. (Dec. 10, 2024, 12:27 PM), https://www.wsj.com/opinion/kash-patel-doesnt-belong-at-the-fbi-cabinet-nominee-5ef655eb; Peter Stone, *'Incredibly Harmful': Why Trump's FBI and DOJ Picks Scare Civil Liberties Experts*, GUARDIAN (Dec. 10, 2024, 6:00 AM), https://www.theguardian.com/us-news/2024/dec/10/trump-fbi-kash-patel-justice-department-pam-bondi; Rebecca Beitsch, *Patel FBI Plans Spark Concern Over Agency Independence, Retribution*, THE HILL (Dec. 10, 2024, 6:00 AM), https://thehill.com/homenews/5030794-trump-kash-patel-fbi-reform-independence/; Jude Joffe-Block et al., *How Kash Patel Has Used Children's Books and Podcasts to Promote Conspiracy Theories*, NPR (Dec. 10, 2024, 5:01 AM), https://www.npr.org/2024/12/09/nx-s1-5213692/kash-patel-conspiracy-theories-fbi; Dahlia Lithwick, *We've Seen Kash Patel's Enemies List. It's Terrifying.*, SLATE (Dec. 9, 2024, 5:42 PM), https://slate.com/news-and-politics/2024/12/trump-fbi-pick-kash-patel-enemies-list.html; Evan Perez et al., *'Someone Who Sees Enemies Everywhere': How Kash Patel's Years as a Government Lawyer Fueled His Disdain for Washington Elites*, CNN (Dec. 9, 2024, 6:00 AM), https://www.cnn.com/2024/12/09/politics/kash-patel-government-lawyer-fbi/index.html; Matthew Goldstein, *At Truth Social, Kash Patel Investigated Trump's Estranged Co-Founders*, N.Y. TIMES (Dec. 6, 2024), https://www.nytimes.com/2024/12/06/business/kash-patel-trump-

promoted conspiracy theories.[10]

21. For example, shortly after President-elect Trump's announcement, news reports unearthed quotes from a previous appearance Patel made on conservative strategist Steve Bannon's podcast, including Patel's comment that he is "going to come after the people in the media who lied about American citizens, who helped Joe Biden rig presidential elections."[11]

22. On December 11, 2024, the current head of the FBI, Christopher Wray—who Mr. Trump appointed in 2017 to a ten-year term—announced that he would resign from his post at the end of President Biden's term.[12]

23. The next day, on December 12, 2024, American Oversight sent ODNI a request for expedited processing of the ODNI Requests, pursuant to 5 U.S.C. § 552 and the implementing

---

media-truth-social.html; Brooke Singman, *Here's What Kash Patel's Former Colleagues Are Saying about Him*, FOX NEWS (Dec. 6, 2024, 4:00 AM), https://www.foxnews.com/politics/heres-what-kash-patels-former-colleagues-saying-about-him; Natasha Korecki & Sahil Kapur, *Kash Patel Once Said He Would 'Come After' Journalists. It Now Hangs over His FBI Candidacy.*, NBC NEWS (Dec. 4, 2024, 2:09 PM), https://www.nbcnews.com/politics/donald-trump/kash-patel-said-come-journalists-now-hangs-fbi-candidacy-rcna182661; Eric Tucker, *Trump's FBI Pick Has Plans To Reshape the Bureau. This Is What Kash Patel Has Said He Wants To Do.*, ASSOCIATED PRESS (Dec. 3, 2024, 11:55 AM), https://apnews.com/article/fbi-trump-patel-fisa-russia-2d215ded96ad8a08689b6f7f0b2d49ec; Alison Durkee, *Trump Picks Kash Patel To Run FBI— And Here's Why Critics Are Worried*, FORBES (Nov. 30, 2024, 7:18 PM), https://www.forbes.com/sites/alisondurkee/2024/11/30/trump-picks-kash-patel-to-run--fbi-and-heres-why-critics-are-worried/.

[10] *See id.*; *see also* Nikki McCann Ramirez et al., *Why Kash Patel May Be Trump's Scariest Pick Yet*, ROLLING STONE (Dec. 3, 2024), https://www.rollingstone.com/politics/politics-features/kash-patel-fbi-director-trump-1235188073/; Alan Suderman & Juliet Linderman, *Kash Patel is Pushing Conspiracies and His Brand. He's Poised to Help Lead a Trump Administration*, ASSOCIATED PRESS (July 9, 2024), https://www.ap.org/news-highlights/spotlights/2024/kash-patel-is-pushing-conspiracies-and-his-brand-hes-poised-to-help-lead-a-trump-administration/.

[11] Tucker, *supra* note 9.

[12] Eric Tucker, *FBI Director Wray Says He Intends To Resign Before Trump Takes Office in January*, ASSOCIATED PRESS (Dec. 12, 2024, 8:06 AM), https://apnews.com/article/wray-fbi-director-resign-trump-patel-ca7553c92819b5487ce12de252a5a543.

regulations of ODNI, 32 C.F.R. Part 1700. A true and correct copy of the request for expedited processing is attached as Exhibit G.

24. The ODNI Requests—20-1951, 20-1952, and 20-1953—date back to Patel's federal service with ODNI in 2020[13] and have the potential to shed light on whether and to what extent he contributed to any perceived or actual politicization of ODNI, as well as other actions he took as a federal official that could inform whether he is fit for future public service.

25. Mr. Patel's potential nomination as the head of the FBI is a matter of great public concern and importance.[14]

26. On December 16, 2024, ODNI emailed American Oversight and stated that parts of the ODNI Requests seeking Kash Patel's email communications[15] overlapped with a FOIA request submitted by a different requester, currently in litigation in another action. A true and correct copy of the email is attached as Exhibit H.

27. Acknowledging "the intense public interest in Kash Patel," ODNI stated that 520 documents have been released as part of the referenced litigation and that ODNI planned to post the released documents, as well as future productions, to its online FOIA Reading Room, indicating that the next post would occur the week of December 16, 2024. Ex. H.

28. In its email, ODNI did not provide details about the overlapping request in litigation, nor the exact timing of when the 520 documents would be posted to the Reading Room, nor when future productions would be released and/or posted to the Reading Room. *See* Ex. H.

29. However, ODNI estimated that 10,000 pages of responsive records remained,

---

[13] *See* Lippman, *supra* note 3.
[14] *See supra* note 9.
[15] Part 1 of 20-1951 seeks emails sent by Patel to specified domains; 20-1952 seeks emails between Patel and external individuals; and 20-1953 seeks emails sent by Patel containing certain key terms. *See* Exs. A, C, E.

11

which it expected to process over the next 10 years. *See* Ex. H.

30. This processing rate would result in the review of approximately 83 pages per month.

31. Because some records may be deemed exempt or non-responsive, review of 83 pages per month could potentially result in the release of far fewer pages per month.

32. ODNI concluded its email inquiring as to whether American Oversight would agree to "scoping out" the requests for Kash Patel's emails. Ex. H.

33. ODNI's December 16, 2024 email did not grant or deny American Oversight's request for expedited processing.

34. Up until ODNI's December 16, 2024 email, American Oversight had not received any communication from ODNI about the ODNI Requests, other than the respective August 6, 2020 acknowledgement letters. *See* Exs. B, D, F.

35. On December 17, 2024, American Oversight responded to ODNI by email, seeking details about the referenced request, litigation, and production schedule, and affirmatively narrowing the request to expedite 20-1952 and 20-1953 to the discrete parts of those requests specifically seeking Kash Patel's records. A true and correct copy of the email is attached as Exhibit I.

36. On Friday, December 20, 2024, ODNI responded by email, stating that, "[o]n further examination, [the ODNI Requests] will be placed on the expedited track." A true and correct copy of the email is attached as Exhibit J.

37. ODNI further clarified that the litigation referenced in its December 16 email is *Leopold v. ODNI*, U.S. District Court for the District of Columbia case number 21-cv-02874 ("the *Leopold* case"). *See* Ex. J.

38. According to ODNI, in the *Leopold* case, ODNI is "processing all emails sent or received by Kash Patel during his time at ODNI . . . ." Ex. J.

39. Upon information and belief, as of the date of this Complaint, ODNI has not posted to its Reading Room any records responsive to the ODNI Requests, nor any records produced in the *Leopold* case.

40. On Monday, December 23, 2024, American Oversight responded to ODNI by email, requesting a timeframe by which American Oversight could expect to receive responsive records. A true and correct copy of the email is attached as Exhibit K.

41. In its December 23 email, American Oversight emphasized that, for the reasons set out in its request for expedited processing, the public needs access to responsive records before January 20, 2025. Ex. K.

42. American Oversight further offered to propose a preferred order of processing, to the extent that a prioritized schedule of production would help produce responsive records more quickly. Ex. K.

43. As of the date of this Complaint, American Oversight has not received any records responsive to the ODNI Requests, nor any further communication from ODNI regarding the ODNI Requests.

44. As American Oversight certified in Exhibit G, records responsive to the ODNI Requests, are urgently needed to inform the public concerning actual or alleged government activity.

45. As also certified in Exhibit G, and as further described in paragraph five above, American Oversight is primarily engaged in disseminating information to the public.

46. American Oversight's expedited processing request explained how it met the

statutory and regulatory standards. *See* Ex. G.

47. American Oversight's expedited processing request included a non-exhaustive list of multiple citations to media reports that support American Oversight's certifications. *See id*.

48. To date, ODNI has not informed American Oversight of: (i) the scope of the documents ODNI intends to produce and/or withhold; or (ii) the reasons for such withholdings.

49. More than 20 working days have passed since American Oversight submitted its requests, and ODNI has failed to comply with 5 U.S.C. § 552(a)(6)(A).

*Exhaustion of Administrative Remedies*

50. As of the date of this Amended Complaint, ODNI has failed to: (a) notify American Oversight of a final determination regarding the ODNI Requests, including the scope of responsive records ODNI intends to produce or withhold and the reasons for any withholdings; and (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

51. Through ODNI's failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Searches for Responsive Records**

52. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

53. American Oversight properly requested records within the possession, custody, and control of ODNI.

54. ODNI has failed to promptly review agency records for the purpose of locating

those records that are responsive to the ODNI Requests.

55. ODNI's failure to conduct an adequate search for responsive records violates FOIA and applicable regulations.

56. Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring ODNI to promptly make reasonable efforts to search for records responsive to the ODNI Requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

57. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

58. American Oversight properly requested records within the possession, custody, and control of ODNI.

59. ODNI is an agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials within no more than twenty (20) working days.

60. ODNI is wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to the ODNI Requests.

61. ODNI's failure to provide all non-exempt responsive records violates FOIA and applicable regulations.

62. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring ODNI to promptly produce all non-exempt records responsive to the ODNI Requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

**REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search or searches reasonably calculated to uncover all records responsive to the ODNI Requests;

(2) Order Defendant to produce, by January 17, 2025, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to the ODNI Requests and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to the ODNI Requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: January 2, 2025          Respectfully submitted,

/s/ Benjamin A. Sparks
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*