# EXHIBIT H

**From:** ODNI_FOIA ODNI_FOIA@odni.gov
**Subject:** RE: Request to Expedite FOIA Requests
**Date:** December 16, 2024 at 1:00 PM
**To:** Ben Sparks ben.sparks@americanoversight.org
**Cc:** ODNI_FOIA ODNI_FOIA@odni.gov

EXTERNAL SENDER

UNCLASSIFIED

Good afternoon, Mr. Sparks,

Retroactive expediting of already open requests is not required under the FOIA. However, after reviewing the three requests referenced in the attachment, the records requested were (generally):

DF-2020-00315:

Item 1: Emails sent by Kash Patel to the listed domains
Item 2: Kash Patel calendars
Item 3: Kash Patel government travel itineraries
Item 4: Records reflecting costs of any government travel by Kash Patel

DF-2020-00316:

Item 1: All emails between Kash Patel and the individuals listed
Item 2: All emails between Deputy to the COO Nick Ciarlante and the individuals listed

DF-2020-00317:
Item 1: All emails sent by Kash Patel with the key terms listed
Item 2: All emails sent by Acting DNI Grenell with the key terms listed

For Item 1 of all three cases (related to Kash Patel emails), the requested records are currently in litigation, with 520 documents released to date. There are still 10,000 pages to process in the litigation, which ODNI has estimated will take approximately 10 years to complete.

Given the intense public interest in Kash Patel, ODNI plans to post the

520 documents already released to its FOIA Reading Room this week and will post future records processed for the litigation to our Reading Room as well.

Would you be amenable to scoping Item 1 of all three cases to the 520 documents released to date, as future records produced will be posted publicly? The requests will stay open for processing of the other items in each request.

Thank you,

ODNI FOIA

ODNI's New FOIA address: ODNI_FOIA@odni.gov
ODNI's New FOIA Liaison address: ODNI_FOIA_Liaison@odni.gov

                        UNCLASSIFIED

---

**From:** Ben Sparks <ben.sparks@americanoversight.org>
**Sent:** Thursday, December 12, 2024 5:58 PM
**To:** ODNI_FOIA <odni_foia@odni.gov>
**Cc:** dni-foia@dni.gov
**Subject:** Request to Expedite FOIA Requests

You don't often get email from ben.sparks@americanoversight.org. Learn why this is important

Good afternoon,

Please see the attached letter and exhibits regarding American Oversight's request to expedite three of its pending FOIA requests with your office.

Thank you,

Ben

--
**Ben Sparks** | he/him/his
Senior Counsel | American Oversight
ben.sparks@americanoversight.org | (202) 873-1741
www.americanoversight.org | @weareoversight

Case 1:25-cv-00014   Document 1-9   Filed 01/02/25   Page 4 of 4