# EXHIBIT I

**From:** Ben Sparks ben.sparks@americanoversight.org
**Subject:** Re: Request to Expedite FOIA Requests
**Date:** December 17, 2024 at 3:53 PM
**To:** ODNI_FOIA ODNI_FOIA@odni.gov
**Cc:** ODNI_FOIA ODNI_FOIA@odni.gov

Good afternoon,

Thank you for your response.

In order for American Oversight to fully evaluate whether we can agree to scoping out item 1 in the three requests, we'll need a bit more information. First, could you please share the text of the FOIA request(s) from the referenced litigation that seek the same records as American Oversight's requests? Second, would you be able to share the case number and venue for that litigation? Third, do you anticipate that the processing rate for the remaining 10,000 records will remain the same? 10 years to process 10,000 pages would amount to approximately 83 pages released per month, which seems lower than we typically experience in FOIA litigation.

Additionally, in the interest of obtaining responsive records as soon as possible and in an effort to streamline American Oversight's request for expedited processing, American Oversight agrees to withdraw its request for expedited processing only as to part 2 of DF-2020-00316 (all emails between Deputy to the COO Nick Ciarlante and the individuals listed) and part 2 of DF-2020-00317 (all emails sent by Acting DNI). To be clear, <u>we are not completely withdrawing part 2 of DF-2020-00316 and part 2 of DF-2020-00317; rather, American Oversight is only withdrawing those parts from the request for expedited processing</u> (i.e., part 2 of DF-2020-00316 and part 2 of DF-2020-00317 can be processed in the ordinary course—for all remaining parts of the three FOIA requests attached to my December 12, 2024 letter, American Oversight continues to seek expedited processing).

Lastly, ODNI's FOIA regulations expressly say that requests "for expedited processing must be in writing *and may be made at any time*." 32 C.F.R. § 1700.6(i) (emphasis added). Nothing in FOIA or ODNI's regulations prohibit expedited processing of FOIA requests that are already open, and, to the extent ODNI's position is that requests for expedited processing can only be made at the time a FOIA request is originally submitted, American Oversight disagrees with ODNI's position.

Thank you,

Ben

--
**Ben Sparks** | he/him/his
Senior Counsel | American Oversight
[ben.sparks@americanoversight.org](mailto:ben.sparks@americanoversight.org) | (202) 873-1741
[www.americanoversight.org](http://www.americanoversight.org) | @weareoversight

**From:** ODNI_FOIA <ODNI_FOIA@odni.gov>
**Date:** Monday, December 16, 2024 at 1:00 PM
**To:** Ben Sparks <ben.sparks@americanoversight.org>
**Cc:** ODNI_FOIA <ODNI_FOIA@odni.gov>
**Subject:** RE: Request to Expedite FOIA Requests

| EXTERNAL SENDER |
|---|

UNCLASSIFIED

Good afternoon, Mr. Sparks,

Retroactive expediting of already open requests is not required under the FOIA. However, after reviewing the three requests referenced in the attachment, the records requested were (generally):

DF-2020-00315:

Item 1: Emails sent by Kash Patel to the listed domains
Item 2: Kash Patel calendars
Item 3: Kash Patel government travel itineraries
Item 4: Records reflecting costs of any government travel by Kash Patel

DF-2020-00316:

Item 1: All emails between Kash Patel and the individuals listed
Item 2: All emails between Deputy to the COO Nick Ciarlante and the individuals listed

DF-2020-00317:
Item 1: All emails sent by Kash Patel with the key terms listed
Item 2: All emails sent by Acting DNI Grenell with the key terms listed

For Item 1 of all three cases (related to Kash Patel emails), the requested records are currently in litigation, with 520 documents released to date. There are still 10,000 pages to process in the litigation, which ODNI has estimated will take approximately 10 years to complete.

Given the intense public interest in Kash Patel, ODNI plans to post the 520 documents already released to its FOIA Reading Room this week and will post future records processed for the litigation to our Reading Room as well.

Would you be amenable to scoping Item 1 of all three cases to the 520 documents released to date, as future records produced will be posted publicly? The requests will stay open for processing of the other items in each request.

Thank you,

ODNI FOIA

ODNI's New FOIA address: ODNI_FOIA@odni.gov
ODNI's New FOIA Liaison address: ODNI_FOIA_Liaison@odni.gov

UNCLASSIFIED

**From:** Ben Sparks <ben.sparks@americanoversight.org>
**Sent:** Thursday, December 12, 2024 5:58 PM
**To:** ODNI_FOIA <odni_foia@odni.gov>
**Cc:** dni-foia@dni.gov
**Subject:** Request to Expedite FOIA Requests

You don't often get email from ben.sparks@americanoversight.org. Learn why this is important

Good afternoon,

Please see the attached letter and exhibits regarding American Oversight's request to expedite three of its pending FOIA requests with your office.

Thank you,

Ben

--
**Ben Sparks** | he/him/his
Senior Counsel | American Oversight
ben.sparks@americanoversight.org | (202) 873-1741
www.americanoversight.org | @weareoversight