## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, *Plaintiff*, v. OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, *Defendant*. | ) ) ) ) ) ) ) Civil Action No. 1:25-00014 (CJN) ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order on January 27, 2025, the parties respectfully submit the following joint status report.

1. This matter arises under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. In August 2020, Plaintiff American Oversight (AO) submitted three FOIA requests to the Office of the Director of National Intelligence (ODNI) seeking various categories of records with the purpose of shedding light on the perceived politicization of ODNI. Compl. ¶ 12.

2. AO's requests sought records generated after the search cutoff date of August 10, 2020 that ODNI used in responding to AO's earlier, May 2020 requests seeking the same sets of records. *See, e.g.*, Compl. Ex. A at 4 (seeking records "from the cutoff date employed by your agency for American Oversight's similar request . . . submitted on May 20, 2020").

3. On January 2, 2025, AO filed this lawsuit. Compl., ECF No. 1. On January 2, 2025, AO filed a motion for a preliminary injunction, seeking a subset of its requested

records pertaining to former ODNI employee Kash Patel. Pl.'s Mot. Prelim. Inj, ECF No. 3; *see also* Pl.'s Reply in Support of Mot. Prelim. Inj. 1, ECF No. 9 (amending the relief sought). AO had sought email records, travel-related records, and calendar entries. *See* Compl. Exs. A, C, E.

4.      ODNI completed a broader search for all emails sent from Kash Patel on his unclassified ODNI email account from April 2020 to February 2021. ODNI found no emails sent from that account after mid-June of 2020. ODNI also completed a search of Kash Patel's classified ODNI email account for emails from May 30, 2020, to February 2021 responsive to AO's third request and located no emails sent from that address after early June 2020. ODNI also found no travel-related records for Patel that covers AO's requested time frame. And regarding Patel's calendar entries, as previously explained, Patel's Outlook user account was deleted before ODNI could search for calendar records in its prior search and thus no calendar entries would have been generated or retained responsive to AO's underlying requests here.

5.      Two searches remain in the case that were not subject to AO's motion for preliminary injunction but are included in the lawsuit. Specifically, AO has requested emails between Deputy to the COO Nick Ciarlante and a list of specified individuals, Compl. ¶ 15, and AO has requested emails sent by former Acting Director of ODNI Richard Grenell and containing one or more specified key terms, *id.* ¶ 17. Both requests seek responsive records starting from the date that ODNI cut off its previous searches.

6.      ODNI has begun a search for requested records related to Nick Ciarlante from August 20, 2020 to present. ODNI expects to complete this search by Wednesday, March 12, 2025.

7.     ODNI has completed a classified search for requested records related to Acting DNI Grenell from August 20, 2020 to January 21, 2021. No responsive records were located. ODNI confirms that Grenell departed ODNI in late May 2020 and accordingly expects no responsive records to be located in an unclassified search, either. The parties agree that it is unnecessary to conduct an unclassified search for requested records pertaining to Grennell.

8.     The parties propose to file a status report on the progress of the remaining search and proposed next steps on March 26, 2025.

Dated: February 26, 2025                    Respectfully submitted,

                                            ERIC HAMILTON
                                            Deputy Assistant Attorney General

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director

                                            */s/ Vinita B. Andrapalliyal*
                                            VINITA B. ANDRAPALLIYAL
                                            Senior Counsel
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L St NW
                                            Washington, DC 20005
                                            Telephone: (202) 305-0845
                                            Fax: (202) 616-8470
                                            vinita.b.andrapalliyal@usdoj.gov

/s/ Benjamin A. Sparks
Benjamin A. Sparks
D.C. Bar No. 90020649
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
(252) 359-7424
ben.sparks@americanoversight.org
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*