IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE DIRECTOR<br>OF NATIONAL INTELLIGENCE,<br>*Defendant*. | Civil Action No. 1:25-00014 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order on March 6, 2025, the parties respectfully submit the following joint status report.

1. This matter arises under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. In August 2020, Plaintiff American Oversight (AO) submitted three FOIA requests to the Office of the Director of National Intelligence (ODNI) seeking various categories of records with the purpose of shedding light on the perceived politicization of ODNI. Compl. ¶ 12.

2. AO's requests sought records generated after the search cutoff date of August 10, 2020 that ODNI used in responding to AO's earlier, May 2020 requests seeking the same sets of records. *See, e.g.*, Compl. Ex. A at 4 (seeking records "from the cutoff date employed by your agency for American Oversight's similar request . . . submitted on May 20, 2020").

3. On January 2, 2025, AO filed this lawsuit. Compl., ECF No. 1. On January 2, 2025, AO filed a motion for a preliminary injunction, seeking a subset of its requested

records pertaining to former ODNI employee Kash Patel. Pl.'s Mot. Prelim. Inj, ECF No. 3; *see also* Pl.'s Reply in Support of Mot. Prelim. Inj. 1, ECF No. 9 (amending the relief sought). AO had sought email records, travel-related records, and calendar entries. *See* Compl. Exs. A, C, E. On January 27, 2025, this Court dismissed AO's motion for a preliminary injunction and ordered the parties to file a joint status report. Minute Order of Jan. 27, 2025.

4.  ODNI completed a broader search for all emails sent from Kash Patel on his unclassified ODNI email account from April 2020 to February 2021. ODNI found no emails sent from that account after mid-June of 2020. ODNI also completed a search of Kash Patel's classified ODNI email account for emails from May 30, 2020, to February 2021 responsive to AO's third request and located no emails sent from that address after early June 2020. ODNI also found no travel-related records for Patel that covers AO's requested time frame. And regarding Patel's calendar entries, as previously explained, Patel's Outlook user account was deleted before ODNI could search for calendar records in its prior search and thus no calendar entries would have been generated or retained responsive to AO's underlying requests here.

5.  ODNI next completed a classified search for requested records related to Acting DNI Grenell from August 20, 2020 to January 21, 2021. These requested records were not the subject of AO's preliminary-injunction motion. No responsive records were located. ODNI confirms that Grenell departed ODNI in late May 2020. The parties have agreed that it is unnecessary to conduct an unclassified search for requested records pertaining to Grennell.

6.       Finally, ODNI completed a search for requested records related to Nick Ciarlante from August 20, 2020 to present. These requested records also were not the subject of Plaintiffs' preliminary-injunction motion. ODNI has identified responsive records and expects to issue a final response to this request by April 16, 2025.

7.       Per this Court's order, the parties will file another joint status report within 60 days. Minute Order of March 6, 2025.

Dated: March 26, 2025                      Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005
Telephone: (202) 305-0845
Fax: (202) 616-8470
vinita.b.andrapalliyal@usdoj.gov

/s/ *Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
(252) 359-7424
ben.sparks@americanoversight.org
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*