UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br><br>　　　　　　*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:25-cv-00014-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendant Office of the Director of National Intelligence hereby jointly stipulate to the dismissal of this action without prejudice and with each party to bear its own costs and fees.

\* \* \*

Dated: July 14, 2025

Respectfully submitted,

/s/ *Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Kathleen C. Jacobs*
KATHLEEN C. JACOBS (TX Bar No. 24091154)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 305-3654
kathleen.c.jacobs@usdoj.gov

*Counsel for Defendant*